## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,           )
425 Third Street, SW, Suite 800   )
Washington, D.C.  20024,       )
                                 )
             Plaintiff,     )
                                 )     Civil Action No.
v.                              )
                                 )
UNITED STATES SECRET SERVICE,  )
245 Murray Drive, Building 410    )
Washington, D.C.  20223,       )
                                 )
             Defendant.   )
_____ )

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant United States Secret Service to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1.     The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552 (a)(4)(B) and 28 U.S.C. § 1331.

2.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

### PARTIES

3.     Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street S.W., Suite 800, Washington, D.C.  20024.  Plaintiff seeks to promote transparency, integrity, and accountability in government and fidelity to the rule of law.  As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA.  Plaintiff analyzes the

responses and disseminates its findings and the requested records to the American public to

inform them about "what their government is up to."

4.      Defendant United States Secret Service is an agency of the United States

Government and is headquartered at 245 Murray Lane, Building T-5, Washington, D.C. 20223.

Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On July 3, 2014, Plaintiff submitted a FOIA request to Defendant, by certified

mail, seeking access to the following public records:

> All records concerning use of U.S. Government funds to provide
> security and/or any other services to President Obama and any
> companions on their July 2014 trip to Denver, Colorado.

> The time frame for this request runs from July 1, 2014 to the present.

6.      By letter dated July 28, 2014, Defendant acknowledged receiving Plaintiff's

FOIA request on July 11, 2014 and assigned the request File Number 20140803.

7.      Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to determine

whether to comply with the request within twenty (20) working days and notify Plaintiff

immediately of its determination, the reasons therefor, and the right to appeal any adverse

determination.  Defendant's determination and notification to Plaintiff was due no later than

August 8, 2014.

8.      As of the date of this Complaint, Defendant has failed to: (i) determine whether to

comply with the request; (ii) notify Plaintiff of any such determination or the reasons therefor;

(iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the

requested records or otherwise demonstrate that the requested records are exempt from

production.

9.      Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. §
552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant
to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1

### Violation of FOIA, 5 U.S.C. § 552

10.     Plaintiff realleges paragraphs 1 through 9 as if fully stated herein.

11.     Defendant is unlawfully withholding records requested by Plaintiff under FOIA.

12.     Plaintiff is being irreparably harmed by reason of Defendant's unlawful
withholding of records responsive to Plaintiff's FOIA request, and Plaintiff will continue to be
irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of
the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to
conduct a search for any and all records responsive to Plaintiff's FOIA request and demonstrate
that it employed search methods reasonably likely to lead to the discovery of records responsive
to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-
exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive
records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold
any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an
award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to
5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and
proper.

Dated:  October 16, 2014                           Respectfully submitted,

                                                    _s/ Chris Fedeli_____
                                                   Chris Fedeli
                                                   DC Bar No. 472919
                                                   JUDICIAL WATCH, INC.
                                                   425 Third Street, S.W., Suite 800
                                                   Washington, DC  20024
                                                   Tel: (202) 646-5172
                                                   cfedeli@judicialwatch.org

                                                   *Attorney for Plaintiff*